IN THE SUPREME COURT OF THE STATE OF NEVADA

CHAD WINDHAM MITCHELL,
Petitioner,
vs.
THE FIRST JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CARSON CITY,
Respondent.

No. 84693

FILED

JUN 3 0 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DENYING PETITION

This original pro se petition for a writ of mandamus seeks a writ directing the district court to file his "petition for a court order".

A writ of mandamus is available to compel the performance of an act that the law requires as a duty resulting from an office, trust, or station or to control an arbitrary or capricious exercise of discretion. *See* NRS 34.160; *Int'l Game Tech., Inc. v. Second Judicial Dist. Court*, 124 Nev. 193, 197, 179 P.3d 556, 558 (2008). Whether a petition for extraordinary writ relief will be entertained rests within this court's sound discretion. *D.H. Horton, Inc. v. Eighth Judicial Dist. Court*, 123 Nev. 468, 474-75, 168 P.3d 731, 736-37 (2007). Petitioner bears the burden of demonstrating that extraordinary relief is warranted. *Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 228, 88 P.3d 840, 844 (2004). Further, it is petitioner's responsibility to provide this court with all documents essential to understand the matters set forth in the petition. NRAP 21(a)(4).

Problematically, petitioner has not provided this court with exhibits or other documentation that would support his claims for relief. *See* NRAP 21(a)(4) (providing the petitioner shall submit an appendix

22-20674

containing all documents "essential to understand the matters set forth in the petition"). Accordingly, we

ORDER the petition DENIED.[1]

_____, J.
Parraguirre

_____, J.
Hardesty

_____, J.
Stiglich

cc:    Chad Windham Mitchell
      Carson City District Attorney
      Carson City Clerk

---

[1]Accordingly, we take no action on appellant's pro per letters filed on May 17, 2022, May 25, 2022, and June 7, 2022.

SUPREME COURT
OF
NEVADA

(O) 1947A